UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POTTS,<br><br>            Petitioner,<br><br>    v.<br><br>A. MATEVOUSIAN,<br><br>            Respondent. | Case No.  1:15-cv-00341-AWI-BAM  HC<br><br>**ORDER DIRECTING PETITIONER TO SUPPLEMENT THE RECORD** |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He contends that he is actually innocent and entitled to relief under *Burrage v. United States*, 134 S.Ct. 881 (2014).

In the memorandum of law supporting the petition, Petitioner wrote:

> On December [blank space], 2014 Petitioner filed a petition under 28 U.S.C. [§] 2244 seeking permission to file a second or successive § 2255 [petition] in light of Burrage v. United States, 134 [S.Ct.] 881 (2014) which was denied January 30, 2015.

Doc. 1 at 12.

Although this previous proceeding is relevant to the petition before this Court, Petitioner neither identifies the court in which he moved for leave to file a second or successive complaint nor includes a copy of the unidentified court's order.

///

1

1	Accordingly, Petitioner is hereby ORDERED to supplement the record in this matter by
2	filing, within 30 days of this order, copies of (1) Petitioner's December 2014 motion for leave to
3	file a second or successive complaint, (2) the January 2015 order denying leave to file a second or
4	successive petition and (3) any related motions, brief, or other related documents necessary for a
5	full understanding of the nature of Petitioner's December 2014 motion and the court's denial of it.
6	Failure to comply with this order may result, without further notice, in dismissal of the petition
7	for failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 6, 2015**               /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE